RECEIVED
OCT 1 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HUNTER PAUL CAVALIER, BY HIS PARENTS KEVIN PAUL CAVALIER AND JULIE ANN CAVALIER, PLAINTIFFS PRO SE | CIVIL ACTION NO. 02-695 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CADDO PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Before the Court is a Motion for Reconsideration or Clarification of the Court's Order in Response to Defendants' Motion to Quash Subpoenas and Objections to Plaintiffs' Will Call Witness List ("Motion for Reconsideration") [Doc. No. 106] filed by Plaintiffs on October 7, 2005. On October 6, 2005, the Court issued an Order [Doc. No. 105] denying Defendants' Motion to Quash Plaintiffs' Subpoenas [Doc. No. 97] of their witnesses. In that Order, the Court reiterated that witnesses will not be allowed to testify about any issues already resolved by the Fifth Circuit Court of Appeals. Plaintiffs now seek reconsideration and clarification of this Court's Order [Doc. No. 105]. After thoroughly reviewing the Plaintiffs' Motion for Reconsideration,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Reconsideration is DENIED.

The Fifth Circuit has already resolved any issue as to the Consent Decree. The only issue to be decided is compensatory damages. *See Cavalier ex rel. Cavalier v. Caddo Parish School Bd.*, 403 F.3d 246, 249, n. 6 (5th Cir. 2005). Any evidentiary issues dealing with the Consent Decree are therefore irrelevant.

Additionally, the Court points out that Magistrate Judge Karen L. Hayes' Ruling and Order ("Ruling") [Doc. No. 92] effectively bars the presentation of evidence as to punitive damages. Neither party timely appealed Magistrate Judge Karen L. Hayes' Ruling to this Court; therefore, arguments revolving around punitive damages such as good faith and bad faith are also irrelevant.

Accordingly, the only issue left to be determined by the Court is the issue of compensatory damages. The Court will hear arguments regarding items such as the cost of Plaintiffs' higher tuition, transportation costs, court costs, and mitigation of these types of compensatory damages.

MONROE, LOUISIANA, this \_\_11\_\_ day of \_\_October\_\_, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE R. Abrams
BY J. Lafargue
TO: K. Cavalier
    J. Cavalier